Kristin Walker-Probst (Bar No. 206389)
Nadia D. Adams (Bar No. 270428)
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
Email: Kristin.Walker-Probst@wbd.us.com
Email: Nadia.Adams@wbd.us.com

Attorneys for Defendants
WC Logistics, Inc. and
AIT Worldwide Logistics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEKEISHA LINDSEY, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WC LOGISTICS, INC.; AIT WORLDWIDE LOGISTICS, INC; DOES 1 through 100,<br><br>Defendants. | CASE NO. 3:21-CV-08466-EMC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING DATE FOR THE MOTION TO REMAND, MOTION TO CONSOLIDATE AND INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 20, 2022 TO FEBRUARY 3, 2022** |

Plaintiff Dekeisha Lindsey ("Plaintiff") and Defendants WC Logistics, Inc. ("WC Logistics") and AIT Worldwide Logistics, Inc. ("AIT") (collectively "Defendants"), hereby file this Joint Stipulation and Proposed Order to Continue the Hearing Date for the Motion to Remand, Motion to Consolidate and Initial Case Management Conference ("Joint Stipulation") from January 20, 2022 to February 3, 2022, at the same date and time that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint in the related action (3:21-cv-08400-EMC) is scheduled to be heard. In support of this Joint Stipulation, the parties respectfully state as follows:

1. Plaintiff initially filed her Complaint in this action against Defendants in the Superior Court of the State of California, County of Alameda ("PAGA Complaint") on August 16, 2021 for enforcement under the Private Attorneys General Act. Plaintiff simultaneously filed a class action complaint against Defendants in the Alameda Superior Court ("Class Action Complaint")

2. On October 30, 2021, Defendants removed the PAGA Complaint to the District Court for the Northern District of California ("Northern District"). ECF No. 1. The related Class Action Complaint was also removed to the Northern District.

3. On November 4, 2021, Defendants filed a Motion to Dismiss Plaintiff's PAGA Complaint and Class Action Complaint in the Northern District. ECF No. 6.

4. On November 29, 2021, Plaintiff filed a First Amended PAGA Complaint and First Amended Class Action Complaint in the Northern District. ECF No. 17.

5. On November 29, 2021, Plaintiff also filed a Motion to Remand the PAGA Complaint and the Class Action Complaint to state court. ECF No. 16. The Hearing on the Motion to Remand the Class Action was set for January 13, 2022.

6. On December 2, 2021, Defendants filed a Motion to Consolidate the Class Action Complaint and the PAGA Complaint in the Class Action docket. Class Action ECF No. 19. The Hearing on the Motion to Consolidate was set for January 13, 2022 but later moved by the Court to January 20, 2022.

7. On December 13, 2021, Defendants filed an Answer to Plaintiff's First Amended Class Action Complaint in this action. ECF No. 21.

8. On December 13, 2021, Defendants filed a Motion to Dismiss Plaintiff's First Amended Class Action Complaint in the Class Action. ECF No. 22. The Hearing on the Motion to Dismiss the Class Action Complaint is set for February 3, 2022.

9. On December 16, 2021, Plaintiff independently re-noticed the Hearing on the Motion to Remand for January 20, 2022. ECF No. 23.

10. On December 21, 2021, the Clerk issued a Notice Rescheduling the Initial Case Management Conference ("CMC") in this action from January 13, 2022 to January 20, 2022. ECF No. 25.

11. At this time, the following hearings and conferences are set for January 20, 2022 at 1:30 p.m. in this action: Plaintiff's Motion to Remand Hearing (ECF No. 23) and the CMC (ECF No. 25).

12. At this time, the following hearing is set for February 3, 2022 at 1:30 p.m. in the related Class Action: Defendants' Motion to Dismiss the Class Action Complaint (ECF No. 22). However, the parties have executed, and will concurrently file, a stipulation to move three related hearings in the Class Action from January 20, 2022 to February 3, 2022 as well.

13. The reason for the stipulations is that Defendants' two lead counsel in this case are unavailable for the hearings on January 20, 2022, including because Ms. Walker-Probst will be engaged in a jury trial in Los Angeles County Superior Court and Ms. Adams is out of town due to a pre-scheduled engagement.

14. On December 28, 2021, the parties' counsel met and conferred about the January 20, 2022 and February 3, 2022 dates and have respectfully agreed, subject to the Court's approval, to move the Motions and the CMC to February 3, 2022 at 1:30 p.m., which is also the date and time that Defendants' Motion to Dismiss the Class Action Complaint will be heard.

15. This request is not being sought to unreasonably delay this action. At this time, all of the motions are all fully-briefed. The parties are not requesting an extension of the deadline to file the Case Management Conference Statement due in each action on January 13, 2022.

16. Additionally, the parties believe that this will promote judicial economy and efficiency in the disposition of these actions to hold all related hearings and conferences for these parties on the same date.

17. Therefore, based on the forgoing, the parties hereby respectfully stipulate and agree that: the Motion to Remand Hearing and CMC currently scheduled for January 20, 2022 at 1:30 p.m. will be continued to February 3, 2022 at 1:30 p.m.

IT IS SO STIPULATED.

DATED: January 7, 2022            WOMBLE BOND DICKINSON (US) LLP

                                  By: /s/ *Nadia D. Adams*
                                      Kristin Walker-Probst
                                      Nadia D. Adams

                                      Attorneys for Defendants

DATED: January 7, 2022            LAWYERS FOR JUSTICE, PC

                                  By: /s/ *Tara Zabehi*
                                      Edwin Aiwazian
                                      Arby Aiwazian
                                      Tara Zabehi

                                      Attorneys for Plaintiff

## ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Nadia D. Adams, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

DATED: January 7, 2022            By: /s/ *Nadia D. Adams*
                                      Nadia D. Adams

-4-
**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING DATE FOR THE MOTION TO REMAND, MOTION TO CONSOLIDATE AND INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 20, 2022 TO FEBRUARY 3, 2022**
CASE NO.: 3:21-CV-08466-EMC

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

1. The hearing on Plaintiff's Motion to Remand Hearing (ECF No. 23) is continued from January 20, 2022 at 1:30 p.m. to February 3, 2022 at 1:30 p.m.

2. The Initial Case Management Conference (ECF No. 25) is continued from January 20, 2022 at 1:30 p.m. to February 3, 2022 at 1:30 p.m.

Date: January 12, 2022

_____
The Honorable Edward M. Chen,
District Court Judge